**Order entered July 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01384-CV

### IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

We **GRANT** the July 13, 2015 motion of Glenda Finkley, Official Court Reporter for the

256th Judicial District Court, for an extension of time to file the reporter's records. We **ORDER**

Ms. Finkley to file, by **AUGUST 14, 2015**, the reporter's records with exhibits from the hearings

held on the following dates:

1.      February 20, 2014;

2.      February 28, 2014;

3.      March 20, 2014;

4.      October 7, 2014;

5.      October 22, 2014; and

6.      January 9, 2015.

If any of the above-listed hearings were not recorded, Ms. Finkley shall file written verification

that such hearings were not recorded.

We further **ORDER** Ms. Finkley to file, by **AUGUST 14, 2015**, either the reporter's records with exhibits from the hearings held on the following dates:

1.  November 15, 2013;

2.  December 19, 2013;

3.  September 9, 2014;

4.  October 2, 2014;

5.  October 3, 2014; and

6.  November 17, 2014

or written verification that any of the hearings were not recorded or that appellee has not paid or made arrangements to pay for these records.

Appellant's brief will be due **THIRTY DAYS** after the reporter's record is complete or written verification that any of the above listed hearings were not recorded or that appellee has not paid for the records appellee requested.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Finkley, and counsel for all parties.

/s/     ELIZABETH LANG-MIERS
JUSTICE